DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
FRANK CAMPOS-GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-08-0297-JAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| FRANK CAMPOS-GONZALEZ, | Date: FEBRUARY 8, 2011<br>Time: 9:30 a.m. |
| Defendant. | Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant FRANK CAMPOS-GONZALEZ, that the status conference hearing of January 18, 2011 be vacated, and the matter be set for status conference hearing on February 8, 2011 at 9:30 a.m.

The reason for the continuance is to allow the parties additional time to investigate facts related to the case and to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up to and including the February 8, 2011 status conference hearing be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: January 11, 2011

                    Respectfully submitted,

                    DANIEL BRODERICK
                    Federal Defender

                    */s/ Douglas Beevers*
                    _____
                    DOUGLAS BEEVERS
                    Assistant Federal Defender
                    Attorney for Defendant
                    FRANK CAMPOS-GONZALEZ

Dated: January 11, 2011

                    BENJAMIN B. WAGNER
                    United States Attorney

                    */s/ Michele Beckwith*
                    _____
                    MICHELE BECKWITH
                    Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference hearing presently set for January 18, 2011, be continued to February 8, 2011 at 9:30 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that

1  the ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of this Order, up to and including,
4  February 8, 2011 be excluded from computation of time within which the
5  trial of this matter must be commenced under the Speedy Trial Act
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
7  defense counsel time to prepare.
8  Dated:   January 11, 2011

/s/ John A. Mendez
John A. Mendez
United States District Court Judge