1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  FRANK CAMPOS-GONZALEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No.  2:08-cr-00297-KJM
                                    )
12                Plaintiff,        )  STIPULATION AND ORDER
                                    )  TO CONTINUE STATUS CONFERENCE
13        v.                        )
                                    )
14 FRANK CAMPOS-GONZALEZ            )  Date:  March 24, 2011
                                    )  Time:  10:00 a.m.
15                Defendant.        )  Judge: Hon. Kimberly J. Mueller
                                    )
16 _____ )

17        The parties request that the status conference in this case be

18 continued from March 24, 2011, to March 31, 2011 at 10:00 a.m.  They

19 stipulate that the time between March 24, 2011 and March 31, 2011 should

20 be excluded from the calculation of time under the Speedy Trial Act.  The

21 parties stipulate that the ends of justice are served by the Court

22 excluding such time, so that counsel for the defendant may have

23 reasonable time necessary for effective preparation, taking into account

24 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

25 Specifically, defense counsel needs time to review discovery with the

26 defendant, and to continue investigating the facts of the case. The

27 parties stipulate and agree that the interests of justice served by

28 granting this continuance outweigh the best interests of the public and

1    the defendant in a speedy trial.  18 U.S.C. §(7)(B)(iv).

2    Dated: March 22, 2011            Respectfully submitted,

3                               DANIEL BRODERICK
                               Federal Defender

4

5                               */s/ Douglas Beevers*

6                               DOUGLAS BEEVERS
                              Assistant Federal Defender

7                               Attorney for Defendant
                              FRANK CAMPOS-GONZALEZ

8

9    Dated: March 22, 2011           BENJAMIN B. WAGNER
                              United States Attorney

10

11                               */s/ Michele Beckwith*

12                               MICHELE BECKWITH
                              Assistant U.S. Attorney

13

14                                **ORDER**

15      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

16 ordered that the status conference presently set for March 24, 2011, be

17 continued to March 31, 2011, at 10:00 a.m.  Based on the representation

18 of counsel and good cause appearing therefrom, the Court hereby finds

19 that the ends of justice to be served by granting a continuance outweigh

20 the best interests of the public and the defendant in a speedy trial.  It

21 is ordered that time from the date of this Order, to and including, the

22 March 31, 2011, status conference shall be excluded from computation of

23 time within which the trial of this matter must be commenced under the

24 Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

25 T-4.

26 Dated:  March 23, 2011.

27                                UNITED STATES DISTRICT JUDGE

28

-2-