```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  FRANK CAMPOS-GONZALEZ

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No.  2:08-cr-00297-KJM
                                   )
12              Plaintiff,         ) STIPULATION AND ORDER
                                   ) TO CONTINUE STATUS CONFERENCE
13       v.                        )
                                   )
14  FRANK CAMPOS-GONZALEZ          ) Date:  April 21, 2011
                                   ) Time:  10:00 a.m.
15              Defendant.         ) Judge: Hon. Kimberly J. Mueller
                                   )
16                                 )
                                   )
17  _____)
```

18      The parties request that the status conference in this case be
19 continued from April 21, 2011, to April 28, 2011 at 10:00 a.m.  They
20 stipulate that the time between April 21, 2011 and April 28, 2011 should
21 be excluded from the calculation of time under the Speedy Trial Act.  The
22 parties stipulate that the ends of justice are served by the Court
23 excluding such time, so that counsel for the defendant may have
24 reasonable time necessary for effective preparation, taking into account
25 the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).
26 Specifically, counsel needs additional time to negotiate a resolution and
27 Assistant United States Attorney, Michele Beckwith is expected to be in
28 trial the week of April 18th. The parties stipulate and agree that the

1  interests of justice served by granting this continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  18
3  U.S.C. §(7)(B)(iv).

4  Dated: April 12, 2011            Respectfully submitted,

5                                   DANIEL BRODERICK
                                    Federal Defender
6

7                                   /s/ Douglas Beevers
                                    DOUGLAS BEEVERS
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   FRANK CAMPOS-GONZALEZ

10
   Dated: April 12, 2011            BENJAMIN B. WAGNER
11                                  United States Attorney

12
                                    /s/ Michele Beckwith
13                                  MICHELE BECKWITH
                                    Assistant U.S. Attorney
14

15                                **ORDER**

16      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
17  ordered that the status conference presently set for April 21, 2011, be
18  continued to April 28, 2011, at 10:00 a.m.  Based on the representation
19  of counsel and good cause appearing therefrom, the Court hereby finds
20  that the ends of justice to be served by granting a continuance outweigh
21  the best interests of the public and the defendant in a speedy trial.  It
22  is ordered that time from the date of this Order, to and including, the
23  April 28, 2011, status conference shall be excluded from computation of
24  time within which the trial of this matter must be commenced under the
25  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
26  T-4.

27  Dated:  April 19, 2011.
                                    _____
28                                  UNITED STATES DISTRICT JUDGE